**G.D. MASSEY, Plaintiff–Appellant,**

v.

**Robert PELLETIER; et al., Defendants–Appellees.**

No. 01–35087.

D.C. No. CV–96–03054–CO.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 5, 2001.*

Decided Nov. 15, 2001.

Before KLEINFELD, McKEOWN, and FISHER, Circuit Judges.

MEMORANDUM **

G.D. Massey appeals pro se the district court's summary judgment to defendants and denial of Massey's post-judgment motion to file a third amended complaint. Because Massey's motion to amend the complaint did not toll the time for filing a notice of appeal, his notice of appeal was untimely and we lack jurisdiction over this appeal. *See* Fed. R.App. P. 4(a)(4)(A); *Browder v. Director, Dept. of Corr.,* 434 U.S. 257, 264–65, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978). We therefore dismiss this appeal.

DISMISSED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9TH CIR. R. 36–3.